**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| YAN SIONG KONG, | ) | Case No. 20-cv-05970-KM-ESK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL** |
| TD AMERITRADE HOLDING CORPORATION, STEPHEN J. BOYLE, LORENZO A. BETTINO, V. ANN HAILEY, JOSEPH H. MOGLIA, WILBUR J. PREZZANO, BRIAN M. LEVITT, KAREN E. MAIDMENT, MARK L. MITCHELL, BHARAT B. MASRANI, IRENE R. MILLER, TODD M. RICKETTS, and ALLAN R. TESSLER, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Yan Siong Kong ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: July 14, 2020

**WEISSLAW LLP**

By *s/ Mark. D. Smilow*
Mark. D. Smilow
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: msmilow@weisslawllp.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**FEDERMAN & SHERWOOD**
William B. Federman
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
Fax: (405) 239-2112
-and-
212 W. Spring Valley Road
Richardson, Texas 75081

*Attorneys for Plaintiff*